IN THE SUPREME COURT OF TENNESSEE
AT JACKSON
November 2004 Session

## TORIAN BENSON a.k.a. MARCUS TERRY a.k.a. MARCUS BENSON  v. STATE OF TENNESSEE

**Circuit Court for Lake County**
**No. 02-CR-8340**

---

**No. W2002-02756-SC-R11-CO - Filed January 14, 2005**

---

### ORDER

The petitioner, Torian Benson, has filed a pro se petition to rehear in this case.  We note that the petitioner is represented by counsel and pro se petitions are not permitted in such cases. Nevertheless, having considered the merits of the petition to rehear, it is respectfully denied.

PER CURIAM